**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6954**

---

RAMONE WRIGHT,

               Petitioner - Appellant,

     v.

WARDEN FCI BENNETTSVILLE,

               Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Donald C. Coggins, Jr., District Judge.  (5:23-cv-01934-DCC)

---

Submitted:  December 19, 2024                    Decided:  December 27, 2024

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ramone Wright, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramone Wright, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Wright's 28 U.S.C. § 2241 petition in which Wright challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, *Wright v. Warden FCI Bennettsville*, No. 5:23-cv-01934-DCC (D.S.C. Sept. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*